# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HALAL KHALID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALERE INC., NAMAL NAWANA, JAMES F. HINRICHS, JONATHAN WYGANT, RON ZWANZIGER, AND DAVID TEITEL,<br><br>Defendants. | Case No.: 1:16-cv-12650-PBS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that Plaintiff Halal Khalid files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there is a related federal securities class action pending in this Court styled as *Godinez v. Alere Inc. et al,* Docket No. 1:16-cv-10766 (D. Mass. Apr 21, 2016), arising from the same underlying facts as the instant action and asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. This dismissal is without prejudice. Each party is to bear their own costs and fees.

2

Dated: January 9, 2017                           Respectfully submitted,

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan (BBO # 557109)
**Hutchings Barsamian Mandelcorn, LLP**
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel.: 781.431.2231
thess-mahan@hutchingsbarsamian.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2017.


                                                /s/ Theodore M. Hess-Mahan
                                                Theodore M. Hess-Mahan